Paul W. Moncrief, Esq.
Johnson & Moncrief, PLC
295 S Main St #600  Salinas, CA 93901

TELEPHONE NO.: (831) 759-0900  FAX NO. (Optional): (831) 759-0902
E-MAIL ADDRESS (Optional):

Case 5:07-cv-04117-JF   Document 4   Filed 08/21/2007   Page 1 of 1

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): **Owyhee Produce, LLC**
DEFENDANT (name each): **Kimberly Perez, et al**

CASE NUMBER:
**C0704117PVT**

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: 06133.000 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**Summons & Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order For Civil Practice in Cases Assigned For All Purposes to Magistrate Judge Patricia V Trumbull; Standing Order Regarding Case Management in Civil Cases; Contents of Joint Case Management Statement;**

PARTY SERVED: **Kimberly Perez, an individual**
DATE & TIME OF DELIVERY: **08/17/2007  10:07 am**
ADDRESS, CITY, AND STATE: **917 Entrada St  Soledad, CA 93960**

PHYSICAL DESCRIPTION:
Age: 40's    Weight: thin    Hair: Blonde
Sex: F       Height: 5'7"    Eyes: Hazel
Skin: White  Marks:

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: 54.50
County: Monterey
Registration No.: 68
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 17, 2007.

Signature: *Artemiza Avalos*

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: P103800/GProof1