Paul W. Moncrief, Esq.
Johnson & Moncrief, PLC
295 S Main St #600   Salinas, CA 93901

TELEPHONE NO.: **(831) 759-0900**   FAX NO. (Optional): **(831) 759-0902**
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN JOSE, CA 95113**
BRANCH NAME: **SAN JOSE/NORTHERN DISTRICT**

PLAINTIFF (name each): **Owyhee Produce, LLC**
DEFENDANT (name each): **Kimberly Perez, et al**

CASE NUMBER:
**C0704117PVT**

**PROOF OF SERVICE**   HEARING DATE:   DAY:   TIME:   DEPT.:
Ref No. or File No.:
**06133.000**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons & Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order For Civil Practice in Cases Assigned For All Purposes to Magistrate Judge Patricia V Trumbull; Standing Order Regarding Case Management in Civil Cases; Contents of Joint Case Management Statement;

PARTY SERVED:   Mark Perez, an individual

PERSON SERVED:   Kimberly Perez - Occupant

DATE & TIME OF DELIVERY:   August 17, 2007
10:07 am

ADDRESS, CITY, AND STATE:   917 Entrada St
Soledad, CA 93960
(HOME)

PHYSICAL DESCRIPTION:
Age: 40's         Weight: thin          Hair: Blonde
Sex: F            Height: 5'7"          Eyes: Hazel
Skin: White       Marks:

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: **52.00**
County: **Monterey**
Registration No.: **68**
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 17, 2007**.

Signature: _Artemiza Avalos_

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                     Order#: **P103801/GProof3**