Paul W. Moncrief, Esq. SBN 204239
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff, Owyhee Produce LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| OWYHEE PRODUCE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY PEREZ, an individual, MARK PEREZ, an individual, EARLY BIRD PRODUCE, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. C 07-04117 PVT<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 28, 2007

JOHNSON & MONCRIEF, PLC

*/s/ Paul W. Moncrief*
Paul W. Moncrief
Attorneys for Plaintiff
Owyhee Produce, LLC