**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

October 10, 2007

RE:  CV 07-04117 JF            OWYHEE PRODUCE LLC-v- KIMBERLY PEREZ, ET AL

Default is entered as to Defendants Kimberly Perez, Mark Perez and Early Bird Produce on 10/9/2007.

RICHARD W. WIEKING, Clerk

by Gordana Macic
Case Systems Administrator

NDC TR-4  Rev. 3/89