```
                                                    **E-filed 12/6/07**
```

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

OWYEE PRODUCE,
                                        No. C-07-4117-JF
    Plaintiffs,

     v.                                 Clerks's Notice

KIMBERLY PEREZ, et al.,

    Defendants.
_____

To: All Counsel and Parties in the above named action.

The Court has rescheduled the MOTION FOR ENTRY OF DEFAULT JUDGMENT, currently scheduled for January 11, 2008. The new hearing date is Monday, January 14, 2008 at 9:00 AM.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.


Dated: 12/6/07                        For the Court,
                                    Richard W. Wieking, Clerk

                                    Diana Munz
                                    electronic signature
                                    Courtroom Deputy