**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to:

Paul W. Moncrief, Esq., SBN 204239
JOHNSON & MONCRIEF, PLC
295 South Main Street, Suite 600
Salinas, CA 93901
(831) 759-0900

| ✓ | ATTORNEY FOR | ✓ | JUDGMENT CREDITOR | | ASSIGNEE OF RECORD |

FOR RECORDER'S USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: U. S. District Court, Northern District
MAILING ADDRESS: of California, San Jose Division
CITY AND ZIP CODE: 280 South 1st Street, San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: Owyhee Produce, LLC

DEFENDANT: Kimberly Perez, et al.

CASE NUMBER:
C-07-04117 JF

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    ☐ Amended

FOR COURT USE ONLY

1. The ☑ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
                    Name and last known address

   | Mark Perez
   | 917 Entrada Street
   | Soledad, CA 93960

   b. Driver's license no. [last 4 digits] and state:        ☑ Unknown
   c. Social security no. [last 4 digits]:                   ☑ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):*
      Mark Perez, Kimberly Perez, Early Bird Produce, 917 Entrada Street, Soledad, CA 93960

2. ☐ Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Owyhee Produce, 3150 Echo Road, Nyssa, OR 97913

4. ☐ Information on additional judgment creditors is shown on page 2.

5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: January 28, 2008
Paul W. Moncrief
_____
(TYPE OR PRINT NAME)

▶ *Paul M____*
_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 59,149.35

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* 01/08/08
   b. Renewal entered on *(date):*

9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☑ not been ordered by the court.
    b. ☑ been ordered by the court effective until
       *(date):* K. Perez Bankruptcy

12. a. ☑ I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com