| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO. | FOR RECORDER'S USE ONLY |
|---|---|---|
| ☐ RECORDING REQUEST BY AND RETURN TO: Paul Hart, Esq., SBN 237766, Johnson & Moncrief, PLC, 295 S. Main Street, Suite 600, Salinas, CA 93901, (831) 759-0900 | | |
| ☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD | | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

STREET ADDRESS: U. S. District Court, Northern District of California,
CITY AND ZIP CODE: San Jose Division, 280 South 1st Street, San Jose,
BRANCH NAME: CA 95113

PLAINTIFF: Owyhee Produce, LLC

DEFENDANT: Kimberly Perez, et al.

| WRIT OF | ☒ EXECUTION (Money Judgment) | | CASE NUMBER: |
|---|---|---|---|
| | ☐ POSSESSION OF | ☐ Personal Property | C-07-04117 JF |
| | | ☐ Real Property | FOR COURT USE ONLY |
| | ☐ SALE | | |

1. To the Sheriff or any Marshal or Constable of the County of: Monterey

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name)*: Owyhee Produce, LLC
   is the ☒ judgment creditor ☐ assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor *(name and last known address)*:
   Mark Perez
   917 Entrada Street
   Soledad, CA 93960

   Kimberly Perez
   (Stayed due to Bankruptcy)

   ☐ additional judgment debtors on reverse

5. Judgment entered on *(date)*: 01/08/08
6. ☐ Judgment renewed on *(dates)*:

7. Notice of sale under this writ
   a. ☒ has not been requested.
   b. ☐ has been requested *(see reverse)*.
8. ☐ Joint debtor information on reverse.

9. ☐ See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. ☐ This writ is issued on a sister-state judgment.
11. Total judgment .......................................... $ 59,149.35
12. Costs after judgment (per filed order or memo CCP 685.090 ........................ $ 481.50
13. Subtotal *(add 11 and 12)* ....................... $ 59,630.85
14. Credits ........................................................ $
15. Subtotal *(subtract 14 from 13)* ............. $ 59,630.85
16. Interest after judgment (per filed affidavit CCP 685.050) ........................................ $
17. Fee for issuance of writ ........................... $
18. Total *(add 15, 16, and 17)* ...................... $ 59,630.85
19. Levying officer: Add daily interest from date of writ *(at the legal rate on 15)* of ........ 2.52 $ 4.12
20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

(SEAL)   Issued on *(date)*: 6-12-08   Clerk, by **Sandy Morris**, Deputy

**- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -**

*(Continued on reverse)*

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89