USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Owyhee Produce, LLC | C-07-04117 JF |
| DEFENDANT | TYPE OF PROCESS |
| Kimberly Perez, et al. | Service of Writ |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nob Hill Foods, 222 Mount Hermon Road, Scotts Valley, CA 95066
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FILED
2008 AUG 18 A 9 37
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Paul Hart, Esq.
JOHNSON & MONCRIEF
295 S. Main, Ste. 600
Salinas, CA 93901

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                       Fold

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 831-759-0900
DATE: 7/10/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date: 07/17/08

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | | | 45.00 | $45.00 | $0.00 |

REMARKS: 7/17/08-RPS. 7/22/08 EWO served by RPS

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

| Attorney or Party without Attorney: PAUL HART ESQ, Bar #237766<br>JOHNSON & MONCRIEF<br>295 SOUTH MAIN STREET, SUITE 600<br>Salinas, CA 93901<br>Telephone No: 831-759-0900    FAX No: 831-7590902 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 06133.000 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT |
| Plaintiff: OWYHEE PRODUCE, LLC |
| Defendant: KIMBERLY PEREZ, ET AL |

| PROOF OF SERVICE WRIT OF EXECUTION | Hearing Date: | Time: | Dept/Div: | Case Number: c-07-04117JF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the WRIT OF EXECUTION; (x2);EARNINGS WITHHOLDING ORDER(x2); EMPLOYER'S RETURN(x2); EMPLOYEE INSTRUCTIONS

3. a. Party served:          NOB HILL FOODS
   b. Person served:         RICK HOWELL--DISTRICT MANAGER

4. Address where the party was served:    222 MT. HERMON ROAD
                                           SCOTTS VALLEY, CA 95066

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 22, 2008 (2) at: 11:20AM

7. *Person Who Served Papers:*
   a. JOSEPH COGDELL

   ★A & A LEGAL SERVICE★

   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*    S2006100000031
      (iii) *County:*              Fresno

RECEIVED
UNITED STATES …
08 JUL 30 AM 10: 27
NORTHERN DISTRICT
OF CALIFORNIA

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jul. 23, 2008

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007    PROOF OF SERVICE
                                             WRIT OF EXECUTION    (JOSEPH COGDELL)
                                                                   7590900.47039